# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-982-831**

Effective Date of Registration:
March 14, 2016

## Title

| | |
|---|---|
| **Title of Work:** | London Has Fallen |
| **Previous or Alternate Title:** | Olympus Has Fallen Sequel |
| **Nature of Claim:** | original motion picture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 04, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | LHF Productions, Inc. |
| **Author Created:** | entire film |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | LHF Productions, Inc.<br>318 N. Carson St., # 208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | motion picture screenplay |
| **Previously registered:** | Yes |
| **Previous registration and year:** | PAu 3-789-521, 2014 |
| **Basis of current registration:** | This is a changed version of the work. |
| **New material included in claim:** | cinematographic material including performance, and all audio and visual elements |

## Certification

| | |
|---|---|
| **Name:** | Rick Eyler |

Page 1 of 2

Date: March 04, 2016

**Correspondence:** Yes



# EXHIBIT B

| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 69.245.152.164 | | 2016-04-20 00:16:56 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Rockford | Winnebago |
| 2 | 69.245.225.221 | | 2016-04-20 00:46:45 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Skokie | Cook |
| 3 | 73.73.180.47 | | 2016-04-20 00:50:58 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | DeKalb | DeKalb |
| 4 | 73.44.240.195 | | 2016-04-20 00:58:13 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Aurora | DuPage |
| 5 | 73.51.19.84 | | 2016-04-20 01:01:54 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Barrington | Lake |
| 6 | 50.153.159.14 | 52251 | 2016-04-20 01:04:32 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Forest Park | Cook |
| 7 | 24.12.183.208 | | 2016-04-20 01:08:36 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Chicago | Cook |
| 8 | 73.22.186.125 | | 2016-04-20 01:18:59 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Roselle | DuPage |
| 9 | 73.8.206.169 | | 2016-04-20 02:06:58 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Chicago | Cook |
| 10 | 50.178.183.127 | 57524 | 2016-04-20 02:25:19 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Chicago | Cook |
| 11 | 67.184.112.211 | | 2016-04-20 02:27:32 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Chicago | Cook |
| 12 | 71.201.210.209 | | 2016-04-20 02:34:21 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Chicago | Cook |
| 13 | 73.51.245.182 | | 2016-04-20 03:05:39 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Mount Prospect | Cook |
| 14 | 71.57.38.41 | | 2016-04-20 03:09:30 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | New Lenox | Will |
| 15 | 50.172.25.240 | 44995 | 2016-04-20 03:21:24 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Chicago | Kane |
| 16 | 50.151.151.151 | 56007 | 2016-04-20 03:24:59 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Chicago | Cook |
| 17 | 50.148.4.116 | 58733 | 2016-04-20 03:39:43 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Bellwood | Cook |
| 18 | 67.176.132.222 | | 2016-04-20 03:55:44 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Highland Park | Lake |
| 19 | 67.173.60.61 | | 2016-04-20 04:08:41 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Chicago | Cook |
| 20 | 73.210.2.109 | | 2016-04-20 04:23:03 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Romeoville | Will |
| 21 | 73.211.219.103 | | 2016-04-20 04:29:37 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Chicago | Cook |
| 22 | 24.15.71.131 | | 2016-04-20 04:42:42 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Glencoe | Cook |
| 23 | 73.74.37.90 | | 2016-04-20 05:08:35 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Chicago | Cook |
| 24 | 76.23.94.0 | | 2016-04-20 05:31:01 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Riverside | Cook |
| 25 | 73.44.52.129 | | 2016-04-20 05:37:14 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Carol Stream | DuPage |
| 26 | 24.15.123.236 | | 2016-04-20 05:42:22 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Bolingbrook | Will |
| 27 | 73.74.37.216 | | 2016-04-20 05:43:03 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Chicago | Cook |
| 28 | 73.22.251.28 | | 2016-04-20 06:00:05 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Glendale Heights | DuPage |
| 29 | 73.247.168.198 | | 2016-04-20 06:00:24 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Arlington Heights | Cook |
| 30 | 73.36.46.119 | | 2016-04-20 06:05:23 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E9 | Comcast Cable | Illinois | Mount Prospect | Cook |